Law Offices
**JOHN C. LANE**
48 Woodport Road, Suite 1
Sparta, New Jersey 07871
973-512-3244
Fax: 973-512-3245
www.thelanelawfirm.com

John C. Lane
   Admitted in NJ, NY & VA

Peter C. Bobchin
   Admitted in NJ & NY
_____

 Jennifer L. Enberg
  Paralegal

New York Office:

30 Wall Street
8th Floor
New York, NY 10005
212 363 8048

**Reply to: NJ**

March 4, 2026

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

        **Re:**    ***MSC Mediterranean Shipping Company, S.A. v.***
                 ***Expeditors Polska, Sp. Z. O.O. and Expeditors***
                 ***International of Washington, Inc.***
                 **S.D.N.Y. 1:25-cv-10246-AS**

Dear Judge Subramanian:

I am counsel for plaintiff MSC Mediterranean Shipping Company, S.A. I write to Your Honor with regard to your Order for a telephone conference on March 12, 2026, and your instruction that the parties submit a proposed case management order by today. I am unable to do so because neither defendant has appeared in the action as of this date. For the reasons stated below, I request a thirty-day extension of the Initial Pre-Trial Conference and the submission of a joint proposed case management order.

The complaint was filed on December 11, 2025. Personal service was effected on Expeditors International of Washington, Inc., at its corporate headquarters in Federal Way, Washington, on December 23, 2025. When Expeditors International's time to answer expired without any appearance, and without any communication from that defendant or its attorneys, I sent a further letter to Expeditors International, at its corporate headquarters, via FedEx, which was received and signed for on February 6, 2026. The letter advised of our service of the summons and complaint, with copies of the summons and complaint and Certificate of Service. It notified defendant of the nature of the lawsuit and forwarded a copy of Your Honor's Notice of Initial Pretrial Conference, asking that defendant or its attorney contact me immediately, to avoid entry of default. I have not yet heard from anyone representing either defendant.

In the interim, I re-served the defendants at an office maintained by Expeditors International in Folcroft, Pennsylvania. That apparently got the attention of the right person in Washington. Today I spoke

Hon. Arun Subramanian, U.S.D.J.                                            Law Offices
March 4, 2026                                                             ————
Page 2                                                                   John C. Lane

with Ms. Sam Nott, Senior Director of Global Legal Services for Expeditors. Ms. Nott had just received word of the lawsuit before Your Honor. She advised me that the company's insurance department had contacted their insurance company, who is in the process of assigning defense counsel. I assured Ms. Nott that I will show their attorneys every professional courtesy but that it is important for them to appear and file an answer as soon as possible.

Therefore, I respectfully request a thirty-day adjournment of the Initial Pre-Trial Conference and of the date for submission of a proposed case management order. This should give sufficient time for Expeditors International's insurer to assign counsel and for counsel to appear, answer, and communicate with me concerning the case management order and the Initial Pre-Trial Conference. Thank you for your kind consideration of this request.

Respectfully,

s/ *John C. Lane*

John C. Lane

GRANTED. The initial pre-trial conference is rescheduled to April 16, 2026, at 1:30 p.m. Dial in instructions remain the same. The case management order will be due the Wednesday prior.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 5, 2026